UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

PATRICK PATTERSON,

        Defendant.
_____/

Violation:
18 U.S.C. § 922(g)(1)

Case: 2:25-cr-20541
Assigned To : DeClercq, Susan K.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 7/22/2025
Description: IND USA V. PATRICK PATTERSON (JB)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about July 11, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Patrick Patterson, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Glock, Model 26, 9 mm pistol in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c).

Under Title 18, United States Code, Section 924(d)(1) together with Title 28, United States Code, Section 2461(c), upon conviction of the offense in violation of Title 18, United States Code, Section 922(g) set forth in Count One of this Indictment, the defendant, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of the offenses, including, but not limited to: one Glock, Model 26, 9 mm pistol.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON Jr.
United States Attorney

*s/ Craig Wininger*
CRAIG WININGER
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

*s/ Micah S. Wallace*
MICAH S. WALLACE
Assistant United States Attorney

Dated: July 22, 2025.

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|
| NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it ac | | Case: 2:25-cr-20541<br>Assigned To : DeClercq, Susan K.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 7/22/2025<br>Description: IND USA V. PATRICK PATTERSON (JB) |

| Companion Case Information | Compan | |
|---|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** | |
| ☐ Yes        ☒ No | **AUSA's Initials:** MSW | |

**Case Title:** USA v.   Patrick Patterson

**County where offense occurred :**   Wayne

**Check One:**        ☒ Felony            ☐ Misdemeanor            ☐ Petty

____Indictment/____Information ---  **no** prior complaint.
_✓_Indictment/____Information ---  based upon prior complaint [**Case number:** 25-mj-30443                    ]
____Indictment/____Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

July 22, 2025
_____
Date

s/ Micah Wallace
_____
Micah Wallace
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9591
Fax:    313-226-2372
E-Mail address: Micah.Wallace@usdoj.gov
Attorney Bar #: P80019

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.