UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PATRICK PATTERSON,

       Defendant.

_____/

Case No. 2:25-cr-20541

Honorable Susan K. DeClercq
United States District Judge

**OPINION AND ORDER GRANTING MOTION FOR BOND MODIFICATION (ECF No. 34)**

On March 31, 2026, Defendant Patrick Patterson requested a modification of his bond conditions to remove his curfew. ECF No. 34. On April 6, 2026, this Court addressed the motion during Patterson's scheduled plea hearing. For the reasons stated on the record at the hearing, this Court will grant his motion.

Accordingly, it is **ORDERED** that Defendant's Motion for Bond Modification, ECF No. 34, is **GRANTED**.

It is further **ORDERED** that Defendant's bond conditions are **MODIFIED** wherein his curfew is **REMOVED** but the requirement that he submit to location monitoring through his GPS tether **REMAINS ACTIVE**.

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: April 13, 2026